UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL GITLIN,

                    Plaintiff,

         -v-

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/11/2026__

**ORDER**

25-CV- 9724 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request to revise the briefing schedule. ECF No. 10.  Plaintiff's request is **GRANTED**.  The parties shall adhere to the following deadlines:

- Plaintiff's brief is due **May 13, 2026**.

- Defendant's brief is due **July 13, 2026**.

- Plaintiff's reply is due **August 3, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10 as **GRANTED**.

**SO ORDERED.**

Dated: May 11, 2026
          New York, New York

Henry J. Ricardo
United States Magistrate Judge