**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
 RACHEL GITLIN,

                              Plaintiff,                            25 **CIVIL** 9724 (HJR)

      -v-                                               **JUDGMENT**

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

                              Defendant.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 22, 2026, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

       June 23, 2026

                                          **TAMMI M. HELLWIG**
                                        _____
                                          **Clerk of Court**

                    **BY:**                 K. mango
                                        _____
                                          **Deputy Clerk**