USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL GITLIN,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

**ORDER**

25-CV- 9724 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion concerning her application for attorneys' fees. ECF No. 17. The request is **GRANTED IN PART** and **DENIED IN PART**.

Plaintiff shall file her memorandum of law by **October 26, 2026**. Defendant shall file a response by **November 9, 2026**. Plaintiff shall file a reply by **November 16, 2026**. The Court declines to rule on whether the application shall be considered timely at this time.

**SO ORDERED.**

Dated: September 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge